IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA FISHER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 06-0724-CG-C** |
| ) | |
| **DOROTHY ROBINSON,** ) | |
| **HAROLD DODGE, JAMAL HENDERSON,** ) | |
| **MOBILE COUNTY PUBLIC SCHOOL** ) | |
| **DISTRICT,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This matter is before the court on the motion for summary judgment and brief in support of defendant, Dorothy Robinson (Docs. 18, 19), plaintiff's response thereto (Doc. 28), and Robinson's reply (Doc. 35).

Ms. Robinson moves for summary judgment on the basis that she was not employed as principal of LeFlore Preparatory Academy at the time of the incident made the basis of this suit and has no knowledge or notice of the alleged incident of sexual assault against the plaintiff. Plaintiff responds that she is satisfied that Robinson was not the principal at the time of the incident in question and agrees to dismiss Robinson without prejudice. (Doc. 28). However, Ms. Robinson contends that such dismissal should be <u>with</u> prejudice. (Doc. 35). After review of the pleadings, the court agrees that Robinson is entitled to be dismissed with prejudice. Federal Rule of Civil Procedure 56(c) provides that summary judgment shall be granted: "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving

1

party is entitled to judgment as a matter of law." Ms. Robinson has submitted evidence that she was not the principal at the time in question and no contrary evidence has been offered. Plaintiff has, in fact, conceded that she is "satisfied" that Robinson was not principal at the time in question. There is no genuine issue of material fact, and plaintiff has failed to show that she can prevail against Robinson in any way. Therefore, the court finds that Robinson is entitled to summary judgment in her favor. Dismissal with prejudice is "a necessary result of the district court's grant of summary judgment." Davis v. NPC Pizza Hut, 226 Fed.Appx. 890, 892, 2007 WL 776849, *2 (11th Cir. March 15, 2007) (citing Tuley v. Heyd, 482 F.2d 590, 594 n. 2 (5th Cir.1973)[1]).

Accordingly, the motion of defendant, Dorothy Robinson, for summary judgment (Doc. 18) is **GRANTED,** and **Dorothy Robinson** is hereby **DISMISSED with prejudice**.

**DONE and ORDERED** this 10th day of October, 2007.

                                         /s/   Callie V. S. Granade
                                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Decisions of the Former Fifth Circuit filed prior to October 1, 1981, constitute binding precedent in the Eleventh Circuit. Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir.1981) (en banc).